# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01729-NYW

LINDZE HUSS,

    Plaintiff,

v.

ANTHEM BLUE CROSS AND BLUE SHIELD,

    Defendant.

---

# ORDER
---

Magistrate Judge Nina Y. Wang

    This civil action is before the court on Plaintiff's Unopposed Motion to Dismiss Without Prejudice. [#23, filed October 29, 2015]. This matter is before this Magistrate Judge pursuant to the Order of Reference dated October 16, 2015. [#22].

    IT IS ORDERED that the Motion to Dismiss is GRANTED and all pending deadlines are vacated.

DATED: October 30, 2015        BY THE COURT:

                                            s/Nina Y. Wang_____
                                            United States Magistrate Judge